**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
LAWRENCE CORSEY, et al.,        :
                                :    Civil Action No. 09-2120 (JBS)
              Plaintiffs,       :
                                :
              v.                :    ORDER
                                :
CAMDEN COUNTY ADMINISTRATION,   :
et al.,                         :
                                :
              Defendants.       :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this __17th__ day of __November__, 2009,

**ORDERED** that Plaintiff Kevin Nickles's application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to each Co-Plaintiff a blank form Application to Proceed In Forma Pauperis and a blank form Complaint for use by a prisoner seeking to assert a civil rights claim; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

**ORDERED** that if Plaintiffs wish to reopen this action, they shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of

the date of entry of this Order; Plaintiffs' writing shall include a proposed amended complaint signed by each co-plaintiff and either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, for each co-plaintiff, or (2) the $350 filing fee for each co-plaintiff; and it is further

**ORDERED** that, in the alternative, any co-plaintiff who wishes not to proceed with this joint action, but to assert his own individual claims may, within 30 days after entry of this Order, submit a proposed individual complaint and either the $350 filing fee or an application for leave to proceed in forma pauperis.  Any such complaint must be accompanied by a cover letter referencing this action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon all Co-Plaintiffs by regular U.S. mail.



**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge

2